**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JENNIFER GROSNECK,

    Plaintiff,

vs.                         CASE NO. 8:15-CIV-1236-T-EAK-AEP

JPMORGAN CHASE & CO.,

    Defendant.
_____/

## ORDER GRANTING MOTION

This cause is before the Court on the Defendant's motion to stay and compel arbitration, filed June 30, 2015 (Doc. 7). The Plaintiff failed to file any response to the motion in a timely manner, therefore, on July 21, 2015, the Court directed the Plaintiff to show cause on or before July 30, 2015, as to why the motion should not be granted. No response has been filed as to this Court's order. The motion to stay and compel arbitration is thus unopposed. The Court has reviewed the motion and finds it well-taken. Accordingly, it is

**ORDERED** that the motion to stay and compel arbitration, filed June 30, 2015 (Doc. 7) is **granted** and this cause of action is **administratively closed** for the parties to arbitrate the case.  The parties shall file a status report to this Court every sixty days starting on January 31, 2016.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 4th day of August, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record